

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

January 7, 2015

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Clerk's Office
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

RECEIVED
JAN 1 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:     Court of Appeals Number:     03-13-00323-CV
        Trial Court Case Number:     C-1-CV-12-011760

Style:  Gilbert M. Borjas
        v. Federal National Mortgage Association a/k/a Fannie Mae

Dear Honorable Dana DeBeauvoir:

Enclosed, with reference to the above cause, is the mandate of this Court. Please file and execute in the usual manner. Your cooperation in this regard is appreciated.

In addition, as required by Texas Government Code, Sec. 51.204(d), the trial court clerk is notified that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets no earlier than six (6) years from the date final mandate is issued.

Very truly yours,

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk

cc:   Mr. Gilbert M. Borjas
      Mr. Mark D. Hopkins

# M A N D A T E

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY, GREETINGS:

Trial Court Cause No. C-1-CV-12-011760

  Before our Court of Appeals for the Third District of Texas on October 17, 2014, the cause on appeal to revise or reverse your judgment between

Gilbert M. Borjas

No. 03-13-00323-CV   v.

Federal National Mortgage Association a/k/a Fannie Mae

Was determined, and therein our Court of Appeals made its order in these words

This is an appeal from the judgment signed by the trial court on February 6, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

Wherefore, we command you to observe the order of our Court of Appeals in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Honorable Jeff L. Rose, Chief Justice of the Court of Appeals for the Third District of Texas, with the seal of the Court affixed in the City of Austin on Wednesday, January 07, 2015.

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk

# BILL OF COSTS

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

No. 03-13-00323-CV

### Gilbert M. Borjas

v.

### Federal National Mortgage Association a/k/a Fannie Mae
(No. C-1-CV-12-011760 IN COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| FILING | $10.00 | E-PAID | MARK D HOPKINS |
| FILING | $10.00 | PAID | GILBERT BORJAS |
| FILING | $10.00 | E-PAID | WILLIAM B GAMMON |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | WILLIAM B GAMMON |
| REPORTER'S RECORD | $71.50 | UNKNOWN | |
| CLERK'S RECORD | $160.00 | UNKNOWN | |
| INDIGENT | $25.00 | PAID | GILBERT BORJAS |
| FILING | $100.00 | PAID | GILBERT BORJAS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | GILBERT BORJAS |

**Balance of costs owing to the Third Court of Appeals, Austin, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **JEFFREY D. KYLE, CLERK** OF THE THIRD COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Third District of Texas on January 7, 2015.

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk



# COURT OF APPEALS

THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

RECEIVED
JAN 1 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0006557458
MAILED FROM ZIPCODE 78701
$ 00.406
JAN08 2015

78711@2547
102  KQU-53B 7B

MR. GILBERT M. BORJAS
15408 CONNIE STREET
AUSTIN



NIXIE      787    FE 1270      0001/11/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: /8/11/25/4/4/    i0/93-005005-11-28